

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

| | |
|---|---|
| Taylor Alexander Stoddard a/k/a Taylor Alexander Williams, | * From the 35th District Court of Brown County, Trial Court No. CR24844. |
| Vs. No. 11-21-00158-CR | * September 9, 2021 |
| The State of Texas, | * Per Curiam Memorandum Opinion (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.) |

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.  Therefore, in accordance with this court's opinion, the appeal is dismissed.